IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ANTHONY SEDILLO,**
**GLEN STOUT, and GEORGE VEGA,**

    **Plaintiffs,**

**v.**　　　　　　　　　　　　　　　　　　　　　　　**No. 14-cv-0019 JAP/SMV**

**CITY OF ALBUQUERQUE,**

    **Defendant.**

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

    **Date and time**:　　　July 2, 2014, at 2:00 p.m.

    **Matter to be heard**:　Status Conference

A telephonic status conference is hereby set for **July 2, 2014, at 2:00 p.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] Parties shall be prepared to discuss the status of discovery completed, any additional discovery anticipated, and when to schedule a settlement conference. Counsel are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.