# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ANTHONY SEDILLO, GLEN
STOUT, GEORGE VEGA,

        Plaintiffs,

vs.                                                                       No. 14-CV-00019 JAP/SMV

CITY OF ALBUQUERQUE,

        Defendant.

## STIPULATED ORDER TO AMEND SCHEDULING ORDER

THIS MATTER coming before the Court on the parties' motion and stipulation, pursuant to Federal Rule of Civil Procedure 16(b)(4), to extend the deadline for Defendant to identify experts to be used at trial. This Court issued a scheduling order on March 5, 2014, wherein the Court ordered Defendant to identify experts to be used at trial by July 2, 2014. The Court, having reviewed the facts and the stipulation which is as follows: the parties agree to extend the deadline for the Defendant to identify experts to be used at trial pursuant to Rule Fed. R. Civ. P. 26(a)(2)(B) from June 2nd, 2014, to August 1st, 2014; hereby finds the stipulation is reasonable and should be approved.

NOW, THEREFORE, IT IS ORDERED that the parties' stipulation as recited above be and hereby is approved and the parties are ordered to comply with the stipulation and this Order.

                                                      _____
                                                      UNITED STATES MAGISTRATE JUDGE

**Submitted by,**

CITY OF ALBUQUERQUE
David Tourek, City Attorney

*/s/ Melissa M. Kountz*
Melissa M. Kountz
Stevie Nichols
Rebecca E. Wardlaw
Samantha M. Hults
Assistant City Attorneys
P. O. Box 2248
Albuquerque, NM 87103
(505) 768-4500; Fax: (505) 768-4440
snichols@cabq.gov
mkountz@cabq.gov


**Approved by:**

*Attorney for the Plaintiff*
THE GILPIN LAW FIRM, LLC

*/s/ approved via e-mail on June 30, 2014*
Donald G. Gilpin
6100 Indian School Road, NE, Suite 201
Albuquerque, New Mexico 87110
(505) 244-3861 Telephone / (505) 254-0044 Fax
ggd48@aol.com